FILED
CLERK, U.S. DISTRICT COURT
6/15/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

Alaleh Kamran (SBN 158648)
ALALEH KAMRAN APC
16130 Ventura Boulevard, Suite 320
Encino, CA 91436
Telephone: (818) 986-6222
Email: alalehkamran@alalehkamran.com

Attorneys for Defendant ALEXANDER SOOFER

*Alaleh Kamran, A Professional Corporation*
*16130 Ventura Boulevard, Suite 320*
*Encino, California 91436*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs,<br>vs.<br>ALEXANDER SOOFER<br>Defendant. | Case No: CR-26-77-MWF-ADS<br><br>DECLARATION OF CONSENT OF SURETY SORAYA SOOFER |

I, SORAYA SOOFER, declare as follows:

1. I am the surety on the bond posted in the matter of United States v. Alexander Soofer, Case No. CR 26-77-MWF.
2. Pursuant to Local Criminal Rule 46-2.1, I consent to the modification of Defendant Alexander Soofer's conditions of pretrial release.
3. I understand that my obligations as surety remain in full force and effect.

*Alaleh Kamran, A Professional Corporation*
*16130 Ventura Boulevard, Suite 320*
*Encino, California 91436*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 14, 2026, at Los Angeles, California.

Soraya Soofer

Soraya Soofer, Surety for Alexander Soofer