UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER SOOFER,

Defendant.

Case No. 2:26-cr-00077-MWF

ORDER GRANTING APPLICATION FOR ORDER ALLOWING THE UNITED STATES TO MAINTAIN CUSTODY OF SEIZED PROPERTY FOR PURPOSES OF CRIMINAL FORFEITURE

[18 U.S.C. § 983(a)(3)(B)(ii)(II) 21 U.S.C. § 853(e)]

Before the Court is the Unopposed Application of the United States of America ("government") pursuant to 18 U.S.C. § 983(a)(3)(B)(ii)(II) and 21 U.S.C. § 853(e)(1) for an Order permitting the government to maintain custody of property already lawfully in the government's possession for the purpose of preserving the property pending the conclusion of its criminal case and related asset forfeiture proceedings. (Docket No. 54).

For the reasons set forth in the government's application, it is HEREBY ORDERED, that the government may maintain custody of the property that was seized for forfeiture pending the conclusion of

the criminal case and related forfeiture proceedings, including any ancillary proceeding in which any third party with an interest in the property may file a claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n), namely, the following property:

1) One 2023 Land Rover Range Rover, (Consolidated Asset Tracking System Identification Number ("CATS ID") 26-IRS-000150);

2) $17,715.00 in U.S. Currency (CATS ID 26-IRS-000151);

3) $950.00 in U.S. Currency (CATS ID 26-IRS-000152);

4) $1,310.00 in U.S. Currency (CATS ID 26-IRS-000153);

5) One Rolex Cosmograph Daytona 18K gold watch (CATS ID 26-IRS-000154);

6) One Cartier Tank Francaise stainless steel watch (CATS ID 26-IRS-000155);

7) One Cartier Ballon Bleu watch (CATS ID 26-IRS-000156);

8) One Bottega Veneta Knot Minaudière clutch bag (CATS ID 26-IRS-000157);

9) One Chanel Classic Flap bag (CATS ID 26-IRS-000158);

10) Forty (40) 2024 St. Helena King Charles III 1 oz. 999 Silver coins (CATS ID 26-IRS-000159);

11) Forty (40) 2024 St. Helena Queen Elizabeth II 1 oz. 999 silver coins (CATS ID 26-IRS-000160);

12) Six (6) 1998 American Platinum Eagle $100 bullion coins (CATS ID 26-IRS-000161); and

13) Two (2) one-ounce American Gold Buffalo coins from a residence located at 919 Hilts Avenue, Los Angeles, California (CATS ID 26-IRS-000162).

IT IS FURTHER ORDERED that in applying for and obtaining this Order, the government has complied with the requirements in this order and satisfied the custody-preservation requirement of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

IT IS SO ORDERED.

July 14, 2026
DATE

MICHAEL W. FITZGERALD
United States District Judge

Presented by:

*/s/*
THI HOANG HO
Assistant United States Attorney
Asset Forfeiture & Recovery Section