**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER SOOFER,<br>Defendant. | Case No. CR 26-77-MWF<br>ORDER GRANTING MOTION FOR PERMISSION TO CONDUCT TRANSACTION OVER $10,000 |

The Court has considered Defendant Alexander Soofer's Motion for Permission to Conduct Transaction Over $10,000 (the "Motion"). (Docket No. 56). The filing does not comply with the Local Rules and this Court's procedures -- the Court did not receive the word-processing version of the proposed order. Future deficient filings may result in documents being stricken.

For good cause shown, the Motion is GRANTED. Defendant Soofer may short sell the property located at 1135 South Ardnore Avenue, Los Angeles, California, to an arm's-length buyer, as approved by Shellpoint Mortgage Servicing.

All other conditions of Defendant's release on bond remain unchanged.

IT IS SO ORDERED.

Dated: July 30, 2026

MICHAEL W. FITZGERALD
United States District Judge

cc: USPPSO